*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              4:08CR00137-001  SWW

KELLY WOOLDRIDGE

**ORDER**

Pending before the Court is a motion to continue the sentencing hearing previously scheduled for September 24, 2009, for the above defendant. The government has no objection to the continuance provided it is reset within thirty days. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue the sentencing hearing [doc #29] for the above defendant shall be, and it hereby is, ***GRANTED***.

The sentencing hearing is rescheduled for ***WEDNESDAY, OCTOBER 14, 2009 AT 9:30 A.M.***

*Pursuant to General Order No. 54, counsel is authorized to bring electronic device(s) into the courthouse for this proceeding.*

IT IS SO ORDERED this 21st day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE