## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                         NO. 4:08CR00137-001

KELLY WOOLDRIDGE

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the $25,000 restitution amount owed Ed Harvey listed on the Judgment and Commitment (doc #34) as to the above-named defendant should be amended to reflect that the amount is joint and several with Todd Tiefel.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect that the $25,000 restitution payable to Ed Harvey is joint and several with Todd Tiefel (4:08CR00042), and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 23rd day of November 2009.

/s/Susan Webber Wright
United States District Judge